UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| RANDY BEA ANDERSON, | ) | |
| Plaintiff, | ) ) ) | No. 1-13-00088 |
| v. | ) ) | Senior Judge Haynes |
| LT. DEBORAH WAGONSCHUTZ, et al., | ) ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 60) to deny Defendants' motion to dismiss (Docket Entry No. 52). Defendants have not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED,** and Defendants' motion to dismiss (Docket Entry No. 52) is **DENIED.**

It is so **ORDERED.**

**ENTERED** this the ____ day of June, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge